UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONICA ARCE-FLORES,<br><br>Defendant | Case No. 15-cr-386-JLR<br><br>ORDER |

This Court, having considered the Defendant's Motion to Extend Time for Filing Notice of Appeal, and the pleadings related thereto, rules as follows:

Pursuant to Federal Rule of Appellate Procedure 4(b)(4), this Court finds that the neglect in filing a notice of appeal from the order dated April 7, 2017 is excusable. There is good cause to extend the time for Ms. Arce-Flores to file her notice of appeal.

//

//

//

//

Order - 1

IT IS HEREBY ORDERED that the period for defendant to file a notice of appeal ~~solely related to the April 7, 2017 Order of this court (DKT # 304)~~ /JLR/ is extended to May ~~7~~ 10, 2017.

DATED this 8th day of ~~April~~ May, 2017,

_____
Honorable James L. Robart
United States District Judge

Order - 2

SCOTT J. ENGELHARD
2100 Third Avenue, Suite 504
Seattle, Washington 98121
206-683-2020

| | |
|---|---|
| 1 | **Certificate of Service** |
| 2 | I, Scott Engelhard, certify and declare that on this date, I served a true and correct copy of the |
| 3 | opposing party via the *ecf* system of this court. |
| 4 | I swear under the laws of perjury for the State of Washington that the foregoing is true and |
| 5 | correct. |

4-3-2016 Seattle, WA
Date and Place

s/ *Scott J. Engelhard*
Scott J. Engelhard

SCOTT J. ENGELHARD
2100 Third Avenue, Suite 504
Seattle, Washington 98121
206-683-2020