UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>MONICA ARCE-FLORES,<br><br>                Defendant. | CASE NO. CR15-0386JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On November 16, 2017, the Ninth Circuit Court of Appeals remanded Defendant Monica Arce-Flores's appeal "for the limited purpose of enabling the [] court to consider [her] motion for a writ of error *coram nobis*." (Remand (Dkt. # 326) at 1.) Accordingly, the court ORDERS the parties to file supplemental briefing regarding Ms. Arce-Flores's motion (Mot. (Dkt. # 317)) as follows: Ms. Arce-Flores must file an opening supplemental brief of no more than fifteen (15) pages no later than Friday, December 1,

2017.  Plaintiff United States of America must file a responsive supplemental brief of no more than fifteen (15) pages no later than Friday, December 8, 2017.  Ms. Arce-Flores may not file a reply brief.  The parties' briefing must focus on the issues the court raised in its October 16, 2017, order (10/16/17 Order (Dkt. # 325)) on Ms. Arce-Flores's motion:  (1) whether Ms. Arce-Flores had sound reasons for not filing a motion for writ of error *coram nobis* sooner (*id.* at 12-14); (2) whether Ms. Arce-Flores's previous counsel was ineffective during the sentencing phase of the criminal matter, the standard for evaluating any such ineffectiveness, whether the court must consider any alleged ineffectiveness at sentencing if the court finds that previous counsel was ineffective during the plea process, and whether the sentencing phase affected prejudice arising from the plea process (*id.* at 23-27); and (3) the proper remedy for any ineffective assistance of counsel (*id.* at 27-28).  The court DIRECTS the parties to dedicate the majority of their supplemental briefing to the second and third issues.

Filed and entered this 21st day of November, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk